x:\tc52481\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
STANISLAW FALTYNOWICZ AND LUCYNA
FALTYNOWICZ,

                    Plaintiffs,

     -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON VIEW
EAST CONDOMINIUM, BOSTON PROPERTIES, INC.,
DEPARTMENT OF BUSINESS SERVICES, HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWERS ASSOCIATES, NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, R Y MANAGEMENT CO., INC., RY
MANAGEMENT, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC.,
THAMES REALTY CO, AND TRIBECA LANDING
L.L.C., ET AL.,

                    Defendants.
------------------------------------------------------------------------X

**NOTICE OF ADOPTION**

08 CIV 2616

     PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
July 15, 2008

_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600